DAVID J. MERRILL
Nevada Bar No. 6060
MORGAN F. SHAH
Nevada Bar No. 12490
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
E-mail: morgan@djmerrillpc.com
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZYZZX 2, | |
| Plaintiff, | Case No.:   2:13-cv-01307-JCM-(PAL) |
| vs. | |
| ARLENE G. DIZON; WELLS FARGO BANK, N.A.; WORLD SAVINGS BANK, FSB; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND ALL RELATED CLAIMS | |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**(Second Request)**

Zyzzx 2 ("Zyzzx") and Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") stipulate as follows:

1.     On November 14, 2014, Wells Fargo filed its Motion for Summary Judgment (Doc. #52).  On December 30, 2014, Zyzzx filed its Opposition to Wells Fargo Bank, N.A.'s Motion for Summary Judgment (Doc. #57) (the "Opposition").

2. Pursuant to the Stipulation and Order to Extend Deadline to File Reply in Support of Motion for Summary Judgment (First Request) (Doc. #59), Wells Fargo has up to and including January 23, 2015 to file its reply to the Opposition.

3. However, Wells Fargo requested, and Zyzzx agreed to grant, an extension of time allowing Wells Fargo to file its reply to the Opposition no later than January 28, 2015. Accordingly, Wells Fargo has up to and including January 28, 2015 to file its reply.

DATED this 21st day of January 2015.

DAVID J. MERRILL, P.C.

By: [signature]
DAVID J. MERRILL
MORGAN F. SHAH
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 566-1935
*Attorneys for Wells Fargo Bank, N.A*

By: /s/ Kerry P. Faughnan
KERRY P. FAUGHNAN
P.O. Box 335361
North Las Vegas, Nevada 89086
(702) 301-3096
*Attorney for Zyzzx 2*

IT IS SO ORDERED:

[signature]
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: January 29, 2015

2